SEALED

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 NOV 14   PM 2: 13

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.                                                      No._____

TIMOTHY BURTON

No. **5-18CR0115-C**

### INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute
50 Grams or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about October 22, 2018, in the Lubbock Division of the Northern District of
Texas, and elsewhere, **Timothy Burton**, defendant, did intentionally and knowingly
possess with intent to distribute 50 grams and more of methamphetamine (actual), a
Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii),
and Title 18, United States Code, Section 2.

**Timothy Burton**
**Indictment - Page 1**

<u>Count Two</u>
Convicted Felon in Possession of Firearms
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2))

On or about October 22, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Timothy Burton**, defendant, a person who had previously been

convicted of a crime punishable by a term of imprisonment exceeding one year, did

knowingly possess in and affecting interstate and foreign commerce firearms, to wit: a

Springfield, Model XD-40, .40 caliber semi-automatic pistol, serial number GM120614,

and a Taurus, Model Curve, .380 caliber semi-automatic pistol, serial number 99648E.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2).

**Timothy Burton**
**Indictment - Page 2**

Count Three
Possession of Firearms in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about October 22, 2018, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Timothy Burton**, defendant, did knowingly possess firearms, to

wit: a Springfield, Model XD-40, .40 caliber semi-automatic pistol, serial number

GM120614, and a Taurus, Model Curve, .380 caliber semi-automatic pistol, serial

number 99648E, in furtherance of a drug trafficking crime, that is, Possession with Intent

to Distribute 50 Grams or More of Methamphetamine (Actual), in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), as charged in count one of

this indictment, an offense for which he may be prosecuted in a court of the United

States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

**Timothy Burton**
**Indictment - Page 3**

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any of the offenses alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Timothy Burton** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Springfield, Model XD-40, .40 caliber semi-automatic pistol, serial number GM120614, and a Taurus, Model Curve, .380 caliber semi-automatic pistol, serial number 99648E, and several rounds of .40 caliber and .380 caliber ammunition.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
STEPHEN J. RANCOURT
Assistant United States Attorney
Texas State Bar No. 24079181
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7398
Facsimile:    806-472-7394
E-mail:       stephen.rancourt@usdoj.gov

**Timothy Burton**
**Indictment - Page 4**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

TIMOTHY BURTON

**INDICTMENT**

| | |
|---|---|
| COUNT 1: | POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE (ACTUAL) |
| | Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii). |
| COUNT 2: | CONVICTED FELON IN POSSESSION OF FIREARMS |
| | Title 18, United States Code, Sections 922(g)(1), 924(a)(2). |
| COUNT 3: | POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME |
| | Title 18, United States Code, Section 924(c). |
| | (3 COUNTS + FORFEITURE) |

A true bill rendered:

Lubbock                                                                                    Foreperson

Filed in open court this _____14th_____ day of _____November_____, A.D. 2018.

ARREST WARRANT TO ISSUE

Complaint #5:18-MJ-0136 filed 10/25/18

_____

UNITED STATES MAGISTRATE JUDGE